UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                                Case No. 07-cr-218-01-SM

Richard Porter

O R D E R

Defendant's assented-to motion to continue the trial (document no. 9) is granted. Trial has been rescheduled for the November 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than August 4, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:    October 24, 2008 at 2:00 PM

    Jury Selection:    November 4, 2008 at 9:30 AM

    SO ORDERED.

July 31, 2008

                                     Steven J. McAuliffe
                                     Chief Judge

cc:  Robert Kinsella, Esq.
     Jeffrey Levin, Esq.
     U. S. Probation
     U. S. Marshal