UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Criminal No. 07-cr-218-01-SM

<u>Richard Porter</u>

<u>ORDER</u>

    Re: Document No. 22, Assented to Motion for Status of Counsel Hearing

    Ruling: Denied. There does not appear to be any need for a status conference with respect to counsel. Defendant has not requested new counsel and counsel has not moved to withdraw. The representations made in the motion do not describe any disqualifying conflict of interest, or an irreparable breakdown in the relationship between counsel and client. No doubt the client is difficult, given his disadvantages, but the difficulties described will merely be assumed by another attorney, and another, and another, if a change in appointed counsel could be had on such common grounds. It is not necessary for counsel and defendant to get along well, it is necessary only that counsel provide defendant with a zealous and effective defense within the bounds of the law and ethical standards.

                                                        _____
                                                        Steven J. McAuliffe
                                                        Chief Judge

Date: March 13, 2009

cc: Counsel of Record